IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  FNU LNU,  Defendant. | Case No. 21-CR-123-JFH-3 |

## OPINION AND ORDER

Before the Court is a motion to dismiss indictment [Dkt. No. 33] as to Defendant FNU LNU without prejudice filed by the United States of America ("Government"). Dkt. No. 113.

Under Federal Rule of Criminal Procedure 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)). Based on the facts set out in the motion, the Court concludes that dismissal of the charge against Defendant FNU LNU is not contrary to the public interest, nor is it for an improper purpose. Accordingly, the Government's motion to dismiss should be granted.

IT IS THEREFORE ORDERED that the Government's motion to dismiss [Dkt. No. 113] is GRANTED and the indictment [Dkt. No. 33] is dismissed without prejudice against Defendant FNU LNU.

Dated this 8th day of January 2024.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE